**Order entered December 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00924-CV

---

### IN THE INTEREST OF D.M. AND A.M., CHILDREN

---

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-20402**

---

## ORDER

On October 23, 2014, the court reporter informed the Court that she had not received a request to prepare the reporter's record. In a letter dated October 27, 2014, the Court instructed appellant to provide this Court, within ten days, with notice that he had requested the reporter's record and verification that payment arrangements had been made. We cautioned appellant that, if the required documentation was not received within the time requested, we may order the appeal submitted without the reporter's record. As of today's date, appellant has not filed the required documentation. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief is due **THIRTY DAYS** from the date of this order.

/s/     ELIZABETH LANG-MIERS
        JUSTICE